RECEIVED
MAY 0 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITES STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JAMES WEST | CIVIL ACTION NO. 02-0354 |
| VERSUS | JUDGE HICKS |
| BAYER CORPORATION, ET AL | MAG. JUDGE HORNSBY |

### ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS;

**IT IS ORDERED** that the claims of Plaintiff, James West, are dismissed without prejudice as to all defendants.

Shreveport, Louisiana, this 2nd day of May, 2006.

_____
MAG. JUDGE